**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

TOMMY LEE LANKFORD, JR.,                    :

     Plaintiff,                              :

vs.                                          :        CA 20-0228-MU

ANDREW M. SAUL,                              :
Commissioner of Social Security,
                                             :
     Defendant.

## <u>JUDGMENT</u>

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner

of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 5th day of March, 2021.

        s/P. Bradley Murray
       **UNITED STATES MAGISTRATE JUDGE**